# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2966
_____

CMH HOMES, INC., d/b/a
CLAYTON HOMES CRESTVIEW,
FL,

    Appellant,

    v.

JOSHUA GOODWIN,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

October 16, 2025

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

E. Holland Howanitz and Dwight O. Slater of Tyson & Mendes, LLP, Jacksonville; Nicholas B. Hoisington and Spenser Templeton of Simpson, McMahan, Glick & Burford, PLLC, Hoover, AL, pro hac vice, for Appellant.

Thomas L. Lutz of Goodwin Law Group, P.A, Shalimar, for Appellee.